UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MASSACHUSETTS

***************************  Chapter 7    XXX-XX- 5834

NO: 10-22445-FJB

In Re: BASKIN, MICHAEL

Debtor

***************************

Motion For Continuation of Automatic Stay After Prior Dismissal

The Debtor, Michael Baskin, hereby moves this Court, pursuant to sec. 362 (c)(3)(B), for an order continuing the automatic stay provided under sec. 362 (a) as to all creditors. In support of this motion, the Debtor states as follows:

1. The Debtor filed a petition in good faith under chapter 13 on August 19, 2010.

2. The Debtor had previously filed a chapter 13 case which was voluntarily dismissed by the Debtor on September 28, 2010. The case was dismissed because Debtor, through no fault of his own, had been let go from his job (after filing his case) and was, therefore, unable to maintain payments under any chapter 13 plan. Debtor is still, presently, unemployed.

3. The Debtor's prior chapter 13 case, closed on October 18, 2010, was the only previous case by the Debtor that was pending during the preceding year.

4. The Debtor's prior chapter 13 case was not dismissed because the Debtor file or amend his petition or any required documents, or to provide any adequate protection ordered by the Court.

5. The Debtor's prior chapter 13 case was not dismissed at a time when there had been a motion for relief that was pending before the court or resolved with an order terminating, conditioning, or limiting the stay.

WHEREFORE, the Debtor requests that this Court continue the automatic stay under sec. 362 (a) as to all creditors for the duration of the Chapter 7 proceeding, or until such time as the stay is terminated under sec. 362 (c) (1) or (c)(2), or a motion for relief is granted under sec. 362 (d).

Dated: November 17, 2010

/s/ Terrence L. Parker, Esq.
185 Alewife Brook Parkway
Suite 404
Cambridge, MA  02138
(617)491-2265
B.B.O. #: 555277
TParker612@aol.com

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that he has today served the above listed motion upon the Debtor, Michael Baskin, at 20 Hemlock Street, Brockton, MA 02302, the Trustee Donald Lassman, and John Fitzgerald via ECF.

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MASSACHUSETTS

***************************  Chapter 13  XXX-XX- 5834

NO: 10-22445-FJB

In Re: BASKIN, MICHAEL

Debtor

***************************

[PROPOSED] ORDER CONTINUING THE AUTOMATIC STAY

The automatic stay under sec. 362 (a) is hereby continued, as to all creditors for the duration of the Chapter 7 proceeding, or until such time as the stay is terminated under sec. 362 (c) (1) or (c)(2), or by specific order granting a motion for relief under sec. 362 (d).

SO ORDERED:  _____