# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF MASSACHUSETTS

IN RE:  BASKIN, MICHAEL  )  CHAPTER 7
       Debtor  )
                              )  CASE: NO. 10-22445-FJB

## CERTIFICATE OF SERVICE RE:
## MOTION TO EXTEND THE STAY AND PROCEDURAL ORDER THEREON

I, Terrence L. Parker, attorney for the debtor, hereby certify, under pains and penalties of perjury, that a copy of the pending Motion To Extend (doc #8) and this Court's Procedural Order /Notice of Evidentiary Hearing, dated November 18, 2010, thereon, has been this day served upon the Chapter 7 Trustee, Donald Lassman, and to the U.S. Trustee John Fitzgerald via ECF; to all creditors on the attached service list; and to the Debtor at his mailing address of record via U.S. mail postage prepaid.

Dated: 11/19/2010

Terrence L. Parker, Esq.
Attorney for Debtor
185 Alewife Brook Parkway
Suite 404
Cambridge, MA 02138
(617) 491-2265
BBO: # 555277
TParker612@aol.com

NOV-19-2010 01:52P FROM: TO:918772297079 P.2
Case 10-22445    Doc 13    Filed 11/19/10    Entered 11/19/10 14:29:57    Desc Main
                        Document      Page 2 of 7

1 of 5

Baskin Service List

AT&T Wireless
Attn: Bankruptcy Department
6021 South Rio Grande Avenue, 1st Floor
Orlando, FL 32859


Capital One Bank
PO Box 71083
Charlotte, NC 28272


Capital One Bank, N.A.
c/o American Infosource
PO Box 54529
Oklahoma City, OK 73154-1529


Chase Auto
2000 Marcus Avenue
New Hyde Park, NY 11042


Chase Bank
Attn: Bankruptcy Department
PO Box 15298
Wilmington, DE 19850


CitiMortgage
4740 121 Street
Urbandale, IA 50323-2402

Citibank
Attn: Centralized Bankruptcy
PO Box 20363
Kansas City, MO 64915

Citibank
Attn: Centralized Bankruptcy
PO Box 20507
Kansas City, MO 64915

NOV-19-2010 01:52P FROM: TO:918772297079 P.3
Case 10-22445    Doc 13    Filed 11/19/10    Entered 11/19/10 14:29:57    Desc Main
                    Document      Page 3 of 7

2 of 5

Citibank
PO Box 6615
The Lakes, NV 88901

Citibank / Sears
Attn: Bankruptcy Recovery
PO Box 20363
Kansas City, MO 64195-0363


Citibank Student
99 Gamsey Road
Pittsford, NY 14534


David M. Green, Esq.
44-46 Temple Place, 4th Floor
Boston, MA 02111


Dell Financial Services
Attn: Bankruptcy Department
PO Box 81577
Austin, TX 78708-1577


Dept. Of Rev. Child Support Enforcement
PO Box 7057
Boston, MA 02204


Dilday & Associates
27 School St
Boston, MA 02108-4633


First National Bank of Omaha
Attn: Bankruptcy MS8130
14010 First National Bank Pkwy
Omaha, NE 68154-5206

NOV-19-2010 01:52P FROM: TO:918772297079 P.4
Case 10-22445 Doc 13 Filed 11/19/10 Entered 11/19/10 14:29:57 Desc Main
Document Page 4 of 7

3 of 5

Fnb Omaha
Po Box 3412
Omaha, NE 68103


HSBC Bank
90 Christiana Road
New Castle, DE 19720


HSBC Bank
Attn: Bankruptcy
PO Box 5213
Carol Stream, IL 60197-5213

John McNeil
16 Wellington Street
Braintree, MA 02184


Kaplan Career Institute
570 Rutherford Ave
Charlestown, MA 02129-1644


Law Offices Of Christopher Sullivan
44-46 Temple Place, 4th Floor
Boston, MA 02111


Mass Bay Credit Union
147 W 4th St
South Boston, MA 02127-1815

Michael Minnock
3 McGrath Ave
Brockton, MA 02302-3823


Plymouth Superior Court
52 Obery St Ste 2041
Plymouth, MA 02360-2199

Ryan Dauwer
16 River St
Middleton, MA 01949-2416


Sallie Mae
Po Box 9500
Wilkes Barre, PA 18773


Sears / Citibank South Dakota
701 East 60th Street North
Sioux Falls, SD 57117


Wells Fargo Auto Finance
PO Box 19657
Irvine, CA 92623-9657


Wells Fargo Auto Finance
PO Box 25341
Santa Ana, CA 92799-5341


Wells Fargo Auto Finance
PO Box 29704
Phoenix, AZ 85038-9704

Michael Andrew Baskin
20 Hemlock St
Brockton, MA  02302


National Grid
P.O. Box 960
Northborough, Ma  01532-0960

Bay State Gas
2025 Roosevelt Ave
Springfield, Ma. 01104

5 of 5

Harvard Vanguard-Dental
PO Box 3550
Boston, Ma. 02241-3550

Harvard Vanguard Medical
PO Box 415432
Boston, Ma. 02241-5432

Verizon
PO Box 3037
Bloomington, IL. 61702

NOV-19-2010 01:53P FROM: TO:918772297079 P.7

Case 10-22445    Doc 13   Filed 11/19/10   Entered 11/19/10 14:29:57   Desc Main
                          Document         Page 7 of 7
Case 10-22445    Doc 9    Filed 11/18/10   Entered 11/18/10 16:42:37   Desc Main
                          Document         Page 1 of 1

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS

| In re |  |
|---|---|
| Michael Andrew Baskin |  |
|  | Chapter 7 |
|  | Case No: 10-22445 |
| Debtor |  |

**PROCEDURAL ORDER:**

The Court will hold an evidentiary hearing on the Motion to Extend the Automatic Stay on **December 6, 2010 at 10:30 a.m.** Objections shall be filed by **November 29, 2010 at 4:30 p.m.**

Direct testimony will be by affidavit and admissible only if (a) any such affidavit is filed and served by **December 2, 2010** and (b) any such affiant is present at the hearing and available for cross-examination. With respect to the Debtor's burden under 11 U.S.C. § 362(c)(3) and (4) of proving that the filing of this case was in good faith as to the creditors to be stayed, see In re Sarafoglou, 345 B.R. 19 (2006).

The Debtor shall serve the motion and this order on all creditors and file a certificate of such service.

By the Court,

*Frank J. Bailey*

Frank J. Bailey
United States Bankruptcy Judge

Date: 11/18/2010